UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOLA LUCIO, Individually,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **MARATHON FLINT OIL COMPANY** : <br> **A Domestic Company** : <br> : <br> **Defendant.** : <br> _____ : | Case No. 4:22-cv-10908 |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Lola Lucio, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this matter with prejudice.

Dated: June 14, 2022

                                                              Respectfully Submitted,

                                                               By: */s/ Pete M. Monismith*
                                                               Pete M. Monismith
                                                               MI Bar P78186
                                                               Attorney for Plaintiff
                                                               3945 Forbes Ave., #175
                                                               Pittsburgh, PA 15213
                                                               (tel) 724-610-1881
                                                               (fax) 412-258-1309
                                                               pete@monismithlaw.com